

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00652-CV

Roland **MARTINEZ**,
Appellant

v.

**WILMINGTON TRUST COMPANY**, as Trustee for GSMPS Mortgage Loan Trust 2005-LT1,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 379367
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  March 6, 2013

DISMISSED

Appellant filed a motion to dismiss this appeal. The appellee was served with a copy of Appellant's motion; Appellee has not filed a response. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of this appeal are taxed against Appellant. *See id.* R. 42.1(d).

PER CURIAM